FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2019 APR -4 AM 11:27

JEFFREY P. COLWELL
CLERK

BY_______ DEP. CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. '19 - CV - 00997
(To be supplied by the court)

K.C. Eisenberger, Plaintiff

v.

Mary Fallin,
Kevin Hern,
Jim Bridenstine,
- State of Oklahoma - Republican Party, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

**COMPLAINT**

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

**A. PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

KC Eisenberger 951 20th ST #902 Denver CO 80202
(Name and complete mailing address)

202 655-6070
(Telephone number and e-mail address)

**B. DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Mary Fallin P.O. Box 590 Oklahoma City OK 73101
(Name and complete mailing address)

(Telephone number and e-mail address if known)

Defendant 2: Kevin Hern 2411 E 34th ST Tulsa, OK 74105
(Name and complete mailing address)

(Telephone number and e-mail address if known)

Defendant 3: Jim Bridenstine 10630 S Erie PL Tulsa OK 74137
(Name and complete mailing address)
PMB 230 8086 S Yale Tulsa OK 74136
(Telephone number and e-mail address if known)

Defendant 4: State of Oklahoma - Republican Party
(Name and complete mailing address)

(Telephone number and e-mail address if known)

## C. JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

☒ Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

2 U.S Code § 8 Vacancies

______________________________

☐ Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of ____________.

If Defendant 1 is an individual, Defendant 1 is a citizen of ____________.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of ____________ (name of state or foreign nation).

Defendant 1 has its principal place of business in ____________ (name of state or foreign nation).

(*If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.*)

**D. STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Governor Refused to Act, announce

Supporting facts: or declare Rep. Bridenstines Sudden Vacancy so She could fufill State Statute that Illegally gave her financial profiteering and or Political favoring by Appointing Kevin Hern Without Any Special Election filling Bridenstines time. I Called Dozens of times to the Governors of Explaining this & insisting the Vacancy/Selection be Announced even Sent/delivered this letter

CLAIM TWO: ____________________

Supporting facts:

## E. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

to Call forth Fullin, Hern & Bridenstine to determine Why this Overt Non-Action thats required was decided to not occur & to void the authenticity of Mr. Hern entirely & Call forth another Spec Election & hold those 3 on Complaints of treason Seriously.

## F. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

K. C. Eisenberger
(Plaintiff's signature)

4th April 2019
(Date)

(Revised December 2017)

D: Statement of Claims

10, June 2018

09:03

To: The State of Oklahoma.
Her Excellency:
Governor. Mary Fallin-Christensen

Dear Governor. Fallin-Christensen,
According to the United States Constitution, Article I section 2, clause 4:
*"When vacancies happen in the Representation from any State, the Executive Authority thereof shall issue Writs of Election to fill such Vacancies".*

It is upon this will of the American People and their Constitutional authority I prevail upon your Executive Authority vested in you by the State of Oklahoma: thru its residents to uphold, protect and defend this most basic function upon the death, resignation or removal of any United States Representative from the seat he or she holds as elected by the American citizens of that federal district.
This same Executive Authority is upon you to initiate the appointment of any United States Senator who is resigned, death or removed from the United States Senate.

I understand the time frame in which to do this is not explicitly set by the clause: it's timeframe could function one to the other. Should a U.S Senator representing Oklahoma die, resign or be removed- the urgency and swift procedural actions that would replace said office via your Executive Authority should be applied in same measure to the House office: which is the will of the American People, which vests in you: Governor of a State, to be as honorable and dutiful to carry out our sudden vacated "No Taxation without Representation" key player- our Membership in the Congress. You as an American Citizen are included in that Democracy that is seated in Washington D.C.

As a U.S citizen it is my mission to win the special election you urgently set upon receiving this letter, thus more federal involvement be requested up to and including the American President-who upholds and reinforces our will. The U.S First Congressional District has been drawn as boundaries and those boundaries lie in the State Of Oklahoma. As a resident of that State, It is common and frequent storms of massive intensity do happen. The storms of last July and August and those that came after even until today and beyond pose a national security risk to the individual and to the family of which we all belong. I personally have had enormous dereliction of commercial duty to the consumer from State Farm Insurance by which several of your State Departments have neglected to assist me and others with, reasons unknown. With yet another storm season upon us, it presents to me a very clear and present danger that will lead itself and all of us into full disaster, without a person to represent our finest Freedoms and Liberties against all enemies. And Insurance is one of those domestic enemies in my involved combat with them thus far, and I stand to be corrected.

I have assured the First District I am one of those men who will fight, hand to hand if necessary, to present as fierce an element in their House as any such storm that comes our way, and woe be to those who try to stop the American People. I Am what I Am. My dear Governor, I Am an American asking you to open the path for our Democracy to prevail, as it was set forth in Article.

You, The State of Oklahoma, & the American People, May God save. He bless's the work of our hands, for His work is our own, in everything that we are doing.

*The Honorable Gentleman from Oklahoma,*

Keith C. Eisenberger