IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00997-LTB-GPG

K.C. EISENBERGER,

Plaintiff,

v.

MARY FALLIN,
KEVIN HERN,
JIM BRIDENSTINE,
STATE OF OKLAHOMA, Republican Party,

Defendants.

---

JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on June 5, 2019, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 5 day of June, 2019.

FOR THE COURT,

JEFFREY P. COLWELL, Clerk

By: s/ *A. Garcia Garcia*
Deputy Clerk